| PROB 22(Rev. 2/88) **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:06CR00790-001JC |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Antwan Lamar Harrison **JUDGE KENNELLY** **08CR 690** **MAGISTRATE JUDGE COLE** | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE Honorable John Edwards Conway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/09/2008 — TO 07/08/2011 |

OFFENSE: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, in violation of 21 U.S.C. §841(a)(1) and (b)(1)(B).

*FILED 9-2-08*
*SEP X 2 2008*
*SEP 2 2008*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW MEXICO**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Illinois** on that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Aug 4 2008
Date

*/s/ John Edwards Conway*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 2 9 2008
Effective Date

*/s/ James F. Holderman*
United States District Judge